# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Terence Platt, et al., | No. CV-16-08262-PHX-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| Jason Moore, et al., | |
| Defendants. | |

The Court has considered certain Defendants' unopposed Motion for Extension of Time to File Answer or Other Responsive Pleading to Plaintiff's Complaint (Doc. 3), and good cause appearing,

**IT IS ORDERED** the motion is **GRANTED**. The deadline for Defendants Jason Moore, Brad Carlyon, Navajo County Attorney's Office, Navajo County Drug Task Force, Navajo County Sheriff's Office, Winslow Police Department, Holbrook Police Department, Snowflake-Taylor Police Department, Show Low Police Department, and Pinetop-Lakeside Police Department to answer or otherwise respond to Plaintiff's complaint is extended to and including **December 23, 2016**.

Dated this 10th day of November, 2016.

Bridget S. Bade
United States Magistrate Judge